***E-FILED - 2/12/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LESLIE P. BUTTERWORTH, | ) | No. C 08-5380 RMW (PR) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| DIRECTOR OF CORRECTIONS TILLMAN, DEPARTMENT OF PAROLE, | ) ) ) | |
| Defendants. | ) ) | |

The court has dismissed the instant civil rights complaint for failure to state a cognizable claim for relief under 42 U.S.C. § 1983. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 2/10/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge